IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO: 15-4593
(3:14-CR-00667-JFA-18)

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br> Plaintiff-Appellee                           ) <br>                                                      ) <br> v.                                                 ) <br>                                                      ) <br> JOSEPH DEE JACOBS a/k/a "Weezo",  ) <br>                                                      ) <br> Defendant-Appellant.                 ) <br>                                                      ) <br>                                                      ) | **MOTION TO WITHDRAW AS** <br> **COUNSEL OF RECORD** |

      Now comes Jonathan Harvey, who moves this Court to allow him to withdraw as counsel of record for Joseph Dee Jacobs.

      Joseph Dee Jacobs was sentenced to one hundred and eighty eight months on September 23, 2015 and the Judgment was filed on September 24, 2015.

      The Appellant submitted a *Pro Se* Notice of Appeal dated September 26, 2015 and filed with the District Court on October 1, 2015 related to the Judgment and Sentence imposed by the Court on September 23, 2015.

      Based upon consultation with the Appellant subsequent to the *Pro Se* submission of the *Pro Se* Notice of Appeal, the movant believes that a basis upon which the Appellant wants to seek direct and collateral review of his sentence is inadequate representation of counsel.

      The Appellant's expressed lack of confidence has irrevocably harmed the attorney-client relationship and counsel's ability to represent the Appellant to the Appellant's satisfaction and the best interests of the Appellant will be served by substitute counsel.

The undersigned believes that the salient issues for Appellant consideration are of such a nature that the Appellant's interests will not be adversely affected if he were to be represented by substitute counsel.

PURSUANT TO LOCAL RULES, THE APPELLANT IS HEREBY ADVISED THAT HE HAS A RIGHT TO FILE A RESPONSE TO THIS MOTION WITHIN SEVEN CALENDAR DAYS. Such response, if any, should be addressed to: Honorable Patricia S. Connor, Clerk, Fourth Circuit Court of Appeals, 1100 East Main Street, Suite 501, Richmond, VA 23219.

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

John David Rowell, AUSA

I further certify that I mailed the foregoing document by First Class Mail, postage prepaid, to the following non-CM/ECF participant as follows:

Joseph Dee Jacobs
c/o Lexington County Detention Center
PO Box 2019
Lexington, SC 29071-2019

Respectfully submitted,

/s/Jonathan Harvey
Jonathan Harvey
Attorney for the Appellant
1701 Richland Street

Columbia, South Carolina          Columbia, South Carolina 29201
                                  (803)779-3363
October 7, 2015                   email: jmharveyesq@gmail.com