UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Case No. 15-4593
(Consolidated with 15-4669; 16-4023)

**UNITED STATES OF AMERICA,**

    *Plaintiff-Appellee,*

    *v.*

**DAVARES ANTONIO ARCHIE,**

    *Defendant-Appellant.*

_____

MOTION TO DECONSOLIDATE APPEAL
_____

    The Appellant, through his undersigned counsel, respectfully requests this Honorable Court deconsolidate his appeal from the associated cases.

    After reviewing the lower court record and conducting legal research, counsel is unable to locate a meritorious issue for appeal. Because the acceptance of the guilty plea and the imposition of the sentence were not in error, counsel intends to file an *Anders* brief on the due date.

    As counsel believes it is appropriate to deconsolidate this appeal from the lead appeal and consider the record individually when an *Anders* brief is filed, counsel respectfully requests this Honorable Court deconsolidate Appellant's appeal.

    Respectfully submitted,

    s/ Joshua Snow Kendrick
    Joshua Snow Kendrick
    KENDRICK & LEONARD, P.C.
    P.O. Box 6938
    Greenville, SC 29606
    (864) 760-4000
    Josh@KendrickLeonard.com

March 9, 2016
Greenville, South Carolina